UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Debbie I. Glaude

　　　v.　　　　　　　　　　　　　Civil No. 07-cv-138-SM

US Army, Department of Public Affairs


### ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　/s/ James R. Muirhead
　　　　　　　　　　　　　　　　　James R. Muirhead
　　　　　　　　　　　　　　　　　United States Magistrate Judge

Date: May 14, 2007

cc:　Debbie I. Glaude, pro se