**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**


Debbie I. Glaude

      v.                     Civil No. 07-cv-138-SM

US Army, Department of Public Affairs


**ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS**


Plaintiff's request to proceed <u>in forma pauperis</u> is hereby granted, but only for the purpose of waiving the filing fee.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge


Date:  May 14, 2007

cc:    Debbie I. Glaude, pro se