UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Debbie I. Glaude

        v.                      Civil No. 07-cv-138-SM

US Army, Department of Public Affairs

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated October 11, 2007, no objection having been filed. The case is hereby dismissed.

    SO ORDERED.

November 14, 2007

                                        Steven J. McAuliffe
                                        Chief Judge

cc:    Debbie I. Glaude, pro se